# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEON BULLOCKS, JR., <br>            Plaintiff(s), <br> vs. <br> ARAMARK, et al., <br>            Defendant(s). | Case No. 2:14-cv-01057-RFB-VCF <br><br> ORDER DISCHARGING <br> ORDER TO SHOW CAUSE <br><br> ORDER RE: RESCHEDULING <br> EARLY NEUTRAL EVALUATION |

Pending before the Court is an order for Plaintiff to show cause arising out of his failure to appear at the Early Neutral Evaluation scheduled for November 12, 2014. *See* Docket No. 20. Plaintiff has now filed a response, Docket No. 21, and the Court finds that the imposition of sanctions is not appropriate at this time and **DISCHARGES** the order to show cause.

Plaintiff's response indicates that he would like the Court to reschedule the Early Neutral Evaluation. *See* Docket No. 21 at 2. No later than November 25, 2014, Defendants shall file a notice indicating whether they would be amenable to a rescheduled Early Neutral Evaluation.

IT IS SO ORDERED.

DATED: November 20, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge